**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 00-6385**

─────────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

PHILIP  MURPH,  a/k/a  Phillip  Murph,  a/k/a
Philip Murphy, a/k/a Phil,

Defendant - Appellant.

─────────────

Appeal from the United States District Court for the Eastern District of North Carolina, at Wilmington.  W. Earl Britt, Senior District Judge.  (CR-94-36-BR, CA-99-118-7-BR)

─────────────

Submitted:  August 30, 2000          Decided:  September 8, 2000

─────────────

Before WIDENER, NIEMEYER, and WILLIAMS, Circuit Judges.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Philip Murph, Appellant Pro Se.  Christine Witcover Dean, Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Philip Murph appeals the district court's order denying his motion brought pursuant to Federal Rules of Civil Procedure 60(b). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See United States v. Murph, Nos. CR-94-36-BR; CA-99-118-7-BR (E.D.N.C. Aug. 2, 1999 & Jan. 6, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED